UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Liz Echevarria          Case No. 21-13441-LMI-

      Debtor(s).          Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the 1st amend plan was sent to all parties on the attached service list on June 23, 2021.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Liz Echevarria
7905 E Drive North Bay Village 15-B
Miami Beach, FL 33141

All Creditors on the Matrix

        Respectfully Submitted By:

        */s/ Jose A. Blanco*   |   FBN#062449
        **JOSE A. BLANCO, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. (305) 349-3463