IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

LIZ ECHEVARRIA                                          CASE NO. 21-13441-LMI
                                                        CHAPTER 13

                    Debtor.

_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, VW Credit, Inc., files its Objection to Confirmation of Plan and states:

1.      Creditor is the lienholder on the title to the following vehicle:

2019 VOLKSWAGEN ATLAS
VIN: 1V2YR2CA1KC559002 ("Vehicle").

2.      Creditor filed a Proof of Claim in the amount of $63,094.14, including an arrearage of $22,730.12.

3.      Debtor's Plan does not provide for treatment to Creditor.

4.      Accordingly, the underlying debt is not provided for in the bankruptcy and would be deemed non-dischargeable, pursuant to the holding in *Dukes v. Suncoast Credit Union* (*In re Dukes*), 909 F.3d 1306, 1322 (11th Cir. Dec. 6, 2018) ("So, because the [creditor's] mortgage was not 'provided for' by the plan under § 1328(a), it was not discharged.").

5.      In the event the Debtor amends the Plan to provide treatment to Creditor inside the Plan, the amended Plan should conform to Creditor's Proof of Claim.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653

F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 14th day of July 2021.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Liz Echevarria
7905 E Dr #15-B
N Bay Village, FL 33141

**VIA CM/ECF NOTICE**
Jose A Blanco
Jose A. Blanco, P.A.
355 W 49 ST
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130