IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

LIZ ECHEVARRIA                                             CASE NO. 21-13441-LMI
                                                           CHAPTER 13

        Debtor.
_____/

## LIMITED RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 4-1

Creditor, VW Credit, Inc., responds to Debtor's Objection to Claim (Doc. No. 62) and states:

1. Creditor is the lienholder on the title to the following vehicle:

    2019 VOLKSWAGEN ATLAS
    VIN: 1V2YR2CA1KC559002 ("Vehicle").

2. Creditor filed Proof of Claim 4-1 in the amount of $63,094.14, including a secured arrearage of $22,730.12.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), the Claim is *prima facie* evidence of the debt.

4. The Fifth Amended Plan (Doc. No. 57) notes the Debtor's intent to surrender the Vehicle.

5. Creditor does not oppose allowing its Claim as filed with no distribution from the Chapter 13 Trustee; however, also with leave to amend, in the event in the event there is a deficiency balance remaining after the repossession and sale of the Vehicle, as specified in Exhibit A of its Claim. See, *In re Aguero*, 597 B.R. 190, 192 (Bankr. S.D. Fla. 2018), citing, *United States v. International Horizons, Inc.* (*In re International Horizons, Inc.*), 751 F.2d 1213, 1216-17 (11th Cir. 1985) ("[An] amendment to a claim is freely allowed where the purpose is to

cure a defect in the claim as originally filed, to describe the claim with greater particularity or to plead a new theory of recovery on the facts set forth in the original claim.").

**WHEREFORE**, Creditor respectfully requests the Court allow Proof of Claim Number 4-1 as filed with leave to amend in the event of a deficiency and for such other and further relief as the Court deems appropriate.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 15th day of November 2021.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Liz Echevarria
7905 E Dr #15-B
N Bay Village, FL 33141

**VIA CM/ECF NOTICE**
Jose A. Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.

Suite 1204
Miami, FL 33130