

**ORDERED in the Southern District of Florida on December 20, 2021.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                Case No.: 21-13441-LMI
                                                                      Chapter 13

    Liz Echevarria
            Debtor(s)                    /

**AGREED ORDER SUSTAINING OBJECTION TO CLAIM OF VW CREDIT, INC.**

THIS MATTER having come upon Debtor's Objection to Claim of VW Credit, Inc. (ECF#62; claim #4-1) on December 1, 2021 at 9:00 AM, the Court noting the agreement between the Debtor and the Creditor, and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The objection to the proof of claim of VW Credit, Inc. is SUSTAINED as the vehicle is surrendered to the Creditor.

2. The claim is allowed as filed with no distribution from the Chapter 13 Trustee, with leave to amend pursuant to Local Rule 3002-1(c), if there is a deficiency balance remaining after the repossession and sale of the Vehicle.

3. In the event the amended claim is filed after the Proof of Claim Bar Date, Movant shall seek a court order; however, the amended claim must comply with Local Rule 3002-1(c).

# # #

LF-70 (rev. 12/01/09)

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:     (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

LF-70 (rev. 12/01/09)