Certificate Number: 17082-FLS-DE-038587099

Bankruptcy Case Number: 21-13441



17082-FLS-DE-038587099

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2024, at 9:48 o'clock AM MST, LIZ ECHEVARRIA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:  June 19, 2024

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director